UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-8946-GW(AJWx) | Date | January 6, 2017 |
|---|---|---|---|
| Title | *The Ergo Baby Carrier, Inc. v. Boba, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:        IN CHAMBERS - ORDER TO SHOW CAUSE RE: SETTLEMENT**

On January 4, 2017, Plaintiff The Ergo Baby Carrier, Inc. filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for February 16, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on February 15, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

|  | : |
|---|---|
| Initials of Preparer | JG |